2:24·cr·00022·NT

## SYNOPSIS – INDICTMENT

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 FEB 28  A 11: 46

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Jason Arsenault |
| **Address:** (City & State Only) | Westbrook, ME |
| **Year of Birth and Age:** | 1982 (41 years old) |
| **Violations:** | Count 1: Bank Robbery 18 U.S.C. § 2113(a) |
| **Penalties:** | Count 1: Class C felony. Not more than 20 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 2113(a); 18 U.S.C. § 3571(b)(3) |
| **Supervised Release:** | Count 1: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: Not more than 3 years, less the term of imprisonment imposed for revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be appointed |
| **Primary Investigative Agency and Case Agent Name:** | Federal Bureau of Investigation Task Force Officer Matthew Cyr |
| **Detention Status:** | Detained at the state |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Peter I. Brostowin |
| **Guidelines apply?   Y/N** | Yes |

| Victim Case: | Yes |
|---|---|
| Corporate Victims Owed Restitution: | Yes |
| Assessments: | $100 per count. |